IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:06-HC-2221

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| Petitioner, | ) | |
| v. | ) | ORDER |
| ROBERT C. EIGNER, | ) | |
| Reg. No. 57269-054, | ) | |
| Respondent. | ) | |

Upon the unopposed motion of the government to stay revocation proceedings (DE # 33), including the execution of the bench warrant issued on 24 March 2011, and for good cause shown, the court hereby STAYS the revocation proceedings in this case for a period of 30 days. Additionally, the court ORDERS that the bench warrant issued on 24 March 2011 shall not be executed until further notice of the court.

The United States is directed to file a status report no later than 30 days from the date of this order, indicating whether it intends to pursue or withdraw its motion for revocation of respondent's conditional release.

This 8 April 2011.

_____
W. Earl Britt
Senior U.S. District Judge