IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:06-HC-2221

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ROBERT C. EIGNER, | ) | |
| Reg. No. 57269-054, | ) | |
| | ) | |
| Respondent. | ) | |

On 8 April 2011, this court stayed the revocation proceedings in this case for a period of

30 days. (DE # 34.) The court also directed the United States to file a status report no later than

30 days from the date of the 8 April 2011 order, indicating whether it intends to pursue or

withdraw its motion for revocation of respondent's conditional release.

On 9 May 2011, the United States filed a status report stating that respondent has been

unable to secure suitable outpatient mental health care and that the United States intends to

pursue revocation of respondent's conditional release pursuant to its 23 March 2011 motion.

(DE # 31.) As a result, the court hereby LIFTS the stay ordered in this case on 8 April 2011,

including the stay of the execution of the 24 March 2011 bench warrant. Respondent is to be

immediately taken into custody pursuant to the terms of the court's 24 March 2011 order. (DE #

32.)

This 12 May 2011.

_____
W. Earl Britt
Senior U.S. District Judge